UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Baisheng Chen,

                        Plaintiff,

    -against-

Chad Wolf, Acting Secretary, U.S. Department of
Homeland Security, et al.,

                    Defendants.
-------------------------------------------------------------X

19 **CIVIL** 9951 (AJN)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 20, 2020, Defendants' motion to dismiss is GRANTED; accordingly, this case is closed.

**Dated:** New York, New York

       November 20, 2020

                                                      **RUBY J. KRAJICK**

                                                         Clerk of Court

                              BY:

                                                           **Deputy Clerk**